# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAYMOND CLAIR,**<br>　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**ANDREW SAUL,**[1]<br>**Commissioner of Social Security**<br>**Administration,**<br>　　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 17-5755** |

## O R D E R

**AND NOW**, this 19th day of August, 2019, upon consideration of Plaintiff's Request for Review, the record in this case, the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated May 10, 2019, Plaintiff's Objections to the Magistrate Judge's Report and Recommendations, and Defendant's Response to Plaintiff's Objections to the Report and Recommendation, **IT IS ORDERED** as follows:

　　　1.　　The Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated May 10, 2019, is **APPROVED** and **ADOPTED**;

　　　2.　　Plaintiff's Objections to the Magistrate Judge's Report and Recommendations, all of which issues were raised before Magistrate Judge Hey in plaintiff's initial and reply briefs, and rejected by Magistrate Judge Hey in her Report and Recommendation which the Court has approved and adopted, are **OVERRULED** for the reasons set forth in the Report and Recommendation;

　　　3.　　Plaintiff's Request for Review is **DENIED**;

---

[1] Andrew Saul became the Commissioner of Social Security on June 17, 2019. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew Saul is substituted for Nancy A. Berryhill as the defendant in this suit.

4. **JUDGMENT** is **ENTERED IN FAVOR** of defendant, Andrew Saul, Commissioner of Social Security Administration, and **AGAINST** plaintiff, Raymond Clair;

5. The Clerk of Court shall **MARK** this case **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**